## BANK OF CULLODEN *v.* BANK OF FORSYTH.

1. Parties can not by consent confer jurisdiction upon this court to hear and determine a case at a term prior to that to which the case is by law returnable.
2. The return term fixed by law for ordinary bills of exceptions is the first term of this court which begins after the expiration of thirty days from the filing of the bill of exceptions in the office of the clerk of the trial court.

3. The bill of exceptions in the present case, having been filed in the office of the clerk of the trial court within less than thirty days before the first day of the October term, 1903, was properly placed on the docket of the March term, 1904, notwithstanding the bill of exceptions and record reached the office of the clerk of the Supreme Court more than twenty days before the first day of the October term, 1903, and therefore before the return day for that term.

4. The ruling in *Logan* v. *Western and Atlantic Railroad Company*, 86 *Ga.* 493, followed.

Submitted January 6, — Decided January 12, 1904.

Motion to transfer case.

*Hardeman & Jones* and *Davis & Turner*, for plaintiff in error. *Robert L. Berner*, for defendant in error.

COBB, J. The bill of exceptions in this case was filed in the office of the clerk of the trial court on the 10th day of September, 1903, which was less than thirty days before the first day of the October term, 1903. The bill of exceptions and record reached the office of the clerk of this court on the 11th day of September, 1903, which was more than twenty days before the commencement of the October term, 1903, and therefore before the return day for that term. As the case was brought to this court upon an ordinary writ of error, the clerk entered the case upon the docket of the March term, 1904. Under the ruling of this court in *Logan* v. *Western & Atlantic Railroad Company*, 86 *Ga.* 493, the clerk had no authority to do other than docket the case as he did. Counsel for both parties now unite in an application to have the case transferred from the docket of the March term, 1904, to the docket of the October term, 1903. As this court has no jurisdiction of the case until the March term arrives, it has no authority to transfer the case as prayed, and neither counsel nor parties can by consent confer upon this court jurisdiction of the case. The motion to transfer must be denied.

*Motion denied.   All the Justices concur.*